F I L E D
Clerk
District Court

MAY - 4 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES of AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> JEFFREY H. BORJA, ) <br> ) <br> Defendant. ) <br> ) | Case No.: CR 07 - 00008 <br><br> **INDICTMENT** <br><br> 21 U.S.C. §§ 841(a)(1), (b)(1)(C), and 860(a) <br><br> Distribution of a Controlled Substance Within 1000 feet of a School (Count 1) |

The Grand Jury charges that:

**COUNT 1**
(Distribution of a Controlled
Substance Within 1000 Feet of a School)

On or about November 14, 2002, within the District of the Northern Mariana Islands, Defendant JEFFREY H. BORJA knowingly and intentionally distributed in, on, and within one thousand (1000) feet of the real property comprising a private elementary school, that is, St. Joseph Catholic School, a controlled substance, that is, methamphetamine in a form commonly known as "ice," in violation of 21 U.S.C §§ 841(a)(1), (b)(1)(C), and 860(a).

DATED this 4th day of May, 2007.          A TRUE BILL

LEONARDO M. RAPADAS                         _____
United States Attorney                              Foreperson
District of Guam and CNMI

_____
CRAIG N. MOORE
Assistant United States Attorney