```
                                            F I L E D
                                               Clerk
 1  LEONARDO M. RAPADAS                      District Court
    United States Attorney
 2  CRAIG N. MOORE                           MAY - 4 2007
    Assistant United States Attorney
 3  DISTRICT OF THE NORTHERN                 For The Northern Mariana Islands
       MARIANA ISLANDS                       By_____
 4  Horiguchi Building, Third Floor               (Deputy Clerk)
    P.O. Box 500377
 5  Saipan, MP 96950
    Telephone: (670) 236-2982
 6  Fax:       (670) 236-2985

 7  Attorneys for United States of America
```

## UNITED STATES DISTRICT COURT

## NORTHERN MARIANA ISLANDS

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07-00008 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| JEFFREY H. BORJA, | ) | |
| Defendant. | ) | |

Upon the application of the United States of America, it is hereby ORDERED that the Clerk shall maintain this file under seal until further order of the Court.

_____
ALEX R. MUNSON
UNITED STATES DISTRICT JUDGE