AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

DISTRICT OF __the Northern Mariana Islands__

FILED
Clerk
District Court

UNITED STATES OF AMERICA,

    Plaintiff,

V.

**JEFFREY H. BORJA,**

    Defendant.

MAY 31 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

**WARRANT FOR ARREST**

CASE NUMBER: CR 07-00008

**ORIGINAL**

To: The United States Marshal
    and any Authorized United States Officer

    YOU ARE HEREBY COMMANDED to arrest __JEFFREY H. BORJA__
                                                                                                   Name

and bring him forthwith to the nearest magistrate to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him with (brief description of offense)

**Distribution of a Controlled Substance Within 1000 Feet of a School (Count 1)**

US MARSHALS SERVICE-CNMI RECEIVED MAY 04 2007

in violation of Title __21__ United States Code, Section(s) __841(a)(1), (b)(1)(C) & 860(a)__

and in violation of Title ____ United States Code, Section (s) _____

| HONORABLE ALEX R. MUNSON | CHIEF JUDGE, DISTRICT COURT OF THE NMI |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| *[signature]* Alex R Munson | 5-4-07  SAIPAN, CNMI |
| Signature of Issuing officer | Date and Location |
| Bail fixed at $ __NO BAIL__ | by *[signature]* Alex R Munson |
| | Name of Judicial Officer |

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at __Carolinas Village, Tinian__

| DATE RECEIVED 5/31/2007 | NAME AND TITLE OF ARRESTING OFFICER Michelle Sereg, SA, DEA | SIGNATURE OF ARRESTING OFFICER *[signature]* |
|---|---|---|
| DATE OF ARREST 5/31/2007 | | |