# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CR-07-00008                                                                May 31, 2007
                                                                                           11:25 a.m.

### UNITED STATES OF AMERICA  -V- JEFFREY H. BORJA

PRESENT:    HON. ALEX R. MUNSON, CHIEF JUDGE  PRESIDING
            K. LYNN LEMIEUX, COURTROOM DEPUTY
            SANAE N. SHMULL, COURT REPORTER
            JEFFREY H. BORJA, DEFENDANT
            CRAIG MOORE, ASSISTANT U.S. ATTORNEY
            JOSEPH  CAMACHO,  COURT-APPOINTED  COUNSEL  FOR  DEFENDANT

PROCEEDINGS:   INITIAL APPEARANCE

Defendant appeared with court-appointed counsel, Attorney Joseph Camacho. Government was represented by Craig Moore,  AUSA.

Court, after review of the financial affidavit,  informed the defendant that he qualified for a court-appointed counsel.  Defendant stated that he needed court appointed counsel.  Court ordered that Attorney Joseph Camacho be appointed Nunc Pro Tunc.

Defendant was sworn and examined as to his understanding of his constitutional rights, his right to trial and his understanding of the proceedings.

Defense  stated that they were ready to proceed with the Arraignment.

Defendant waived reading of the indictment and pled **NOT GUILTY** to the charges against him.  Court set jury trial for **JULY 2, 2007  at 9:00 a.m.**  Pretrial motions shall be filed by **June 14, 2007**.

Court remanded the defendant back into the custody of the U.S. Marshal until further order of the Court.

Adjourned at 11:30 a.m.

/s/K. Lynn Lemieux, Courtroom Deputy