| | |
|---|---|
| 1 | LEONARDO M. RAPADAS |
|   | United States Attorney |
| 2 | CRAIG N. MOORE |
|   | Assistant United States Attorney |
| 3 | NORTHERN MARIANAS DISTRICT |
|   | Horiguchi Building, Third Floor |
| 4 | P.O. Box 500377 |
|   | Saipan, MP 96950 |
| 5 | Telephone: (670) 236-2980 |
|   | Fax: (670) 236-2985 |

FILED
Clerk
District Court

JUN - 1 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Attorneys for United States of America

UNITED STATES DISTRICT COURT
NORTHERN MARIANA ISLANDS

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00008 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **APPLICATION AND ORDER TO UNSEAL** |
| JEFFREY H. BORJA, | ) | |
| Defendant. | ) | |

The Government respectfully requests that the Court unseal the Indictment in this case.

Dated: 5/31/07

LEONARDO M. RAPADAS
United States Attorney

By: _____
CRAIG N. MOORE
Assistant United States Attorney
District of the Northern Mariana Islands

SO ORDERED:

_____
ALEX R. MUNSON, CHIEF JUDGE

RECEIVED

MAY 3 1 2007

Clerk
District Court
The Northern Mariana Islands