LEONARDO M. RAPADAS
United States Attorney
CRAIG N. MOORE
Assistant U.S. Attorney
District of the Northern
    Mariana Islands
Horiguchi Bldg.; Ste. 300
P.O. Box 500377
Saipan, MP 96950

Tel: (670) 236-2980
Fax: (670) 236-2985

## UNITED STATES DISTRICT COURT
## DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES of AMERICA, ) | Case No.: 07-00008 |
|              Plaintiff, ) | **GOVERNMENT'S EXHIBIT LIST** |
|   v. ) | Trial Date: |
| ) | Trial Time: |
| JEFFREY H. BORJA, ) | Trial Judge: Hon. Alex R. Munson |
|              Defendant ) | |

     Pursuant to the Court's Pre-trial Order, the United States submits this list of exhibits it anticipates using at trial in its case-in-chief, reserving the right to supplement this list as necessary and appropriate.

                              Respectfully Submitted,

                              LEONARDO M. RAPADAS
                              United States Attorney

                              CRAIG N. MOORE
                              Assistant U.S. Attorney

**EXHIBIT LIST**

1. The drugs;

2. The recorded phone call and transcript; and

3. The transcript of recorded meeting with Defendant