LEONARDO M. RAPADAS
United States Attorney
CRAIG N. MOORE
Assistant U.S. Attorney
District of the Northern
    Mariana Islands
Horiguchi Bldg.; Ste. 300
P.O. Box 500377
Saipan, MP  96950

Tel: (670) 236-2980
Fax: (670) 236-2985

**UNITED STATES DISTRICT COURT
DISTRICT OF THE NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| UNITED STATES of AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JEFFREY H. BORJA, <br><br> Defendant | Case No.: 07-00008 <br><br> **GOVERNMENT'S PROPOSED STATEMENT OF THE CASE, PRELIMINARY INSTRUCTIONS, AND VERDICT FORM** <br><br> Trial Date: July 2, 2007 <br> Trial Time: 9:00 a.m. <br> Trial Judge: Hon. Alex R. Munson |

    The United States submits, for the Court's consideration and use at trial of the above-captioned case, the following documents:

    1)    Statement of the Case;

    2)    Preliminary Instructions; and

    3)    Verdict Form

Respectfully Submitted,

LEONARDO M. RAPADAS
United States Attorney


CRAIG N. MOORE
Assistant U.S. Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES of AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEFFERY H. BORJA,<br><br>Defendant | Case No.:   07-00008<br><br>**COURT'S STATEMENT<br>OF THE CASE**<br><br>Trial Date:   July 2, 2007<br>Trial Time:   9:00 a.m.<br>Trial Judge:   Hon. Alex R. Munson |

The Indictment in this case charges the defendant, Mr. Jeffery H. Borja, with one count of Distribution of a Controlled Substance Within One Thousand feet (1000') of a School in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C), and 860(a).  The defendant has entered a plea of Not Guilty to the charge against him.  He is presumed innocent of that charge unless and until the government proves the defendant guilty beyond a reasonable doubt.

  
  

_____
ALEX R. MUNSON
United States District Court Judge

# UNITED STATES DISTRICT COURT
# DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES of AMERICA, | Case No.: 07-00008 |
| Plaintiff, | **COURT'S PRELIMINARY INSTRUCTIONS** |
| v. | Trial Date: July 2, 2007 |
| | Trial Time: 9:00 a.m. |
| JEFFERY H. BORJA, | Trial Judge: Hon. Alex R. Munson |
| Defendant | |

As I have already told you, the Indictment in this case charges the defendant, Mr. Jeffery H. Borja, with one count of Distribution of a Controlled Substance Within One Thousand feet (1000') of a School in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C), and 860(a). At the end of the case, before you begin your deliberations, I will give you detailed instructions about the law that you must apply. Now, however, in order to help you better understand the evidence as the trial proceeds, I am going to give you a preliminary instruction about the offense charged in the Indictment.

Every criminal charge has a number of "elements" or parts. The crime of Distribution of a Controlled Substance, that is, d-methamphetamine hydrochloride in the form commonly known as "ice," Within One Thousand feet of a School has three (3) such elements. Those elements are:

1) that defendant knowingly and intentionally delivered a controlled substance, that is, methamphetamine, or some other prohibited drug;

2) that defendant knew that is was methamphetamine or some other prohibited drug; and

   3)  that the defendant delivered the controlled substance in, on, or within one thousand feet (1000') of the real property comprising a private elementary school.

   It does not matter whether the defendant knew that the substance was methamphetamine. It is sufficient that the defendant knew that it was some kind of a prohibited drug.

   In order to prove that the defendant committed the offense, the government must prove each of these elements beyond a reasonable doubt.

             _____
              ALEX R. MUNSON
              United States District Court Judge

**UNITED STATES DISTRICT COURT**
**DISTRICT OF THE NORTHERN MARIANA ISLANDS**

|  |  |
|---|---|
| UNITED STATES of AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> ) <br> JEFFERY H. BORJA, ) <br> ) <br> Defendant ) | Case No.:   07-00008 <br><br> **VERDICT FORM** <br><br> Trial Date:   July 2, 2007 <br> Trial Time:   9:00 a.m. <br> Trial Judge:   Hon. Alex R. Munson |

We, the Jury, render the following unanimous verdict on the charges in the Indictment:

**Count 1:**   Distribution of d-methamphetamine hydrochloride in the form commonly known as "ice" on or about November 14, 2002

Guilty _____                    Not Guilty _____

If – and only if -- you find the defendant guilty of Count 1, was the offense committed within one thousand feet (1000') of a private elementary school?

Yes _____                    No _____

_____            _____
Foreperson                                                 Date