1  **JOSEPH JAMES NORITA CAMACHO**
**CAMACHO & ALEPUYO**
2  **Attorneys-at-Law**
**2nd Floor, Lim's Bldg., Oleai**
3  **P.O. Box 5506 CHRB**
**Saipan, MP 96950**
4  **(670) 233-8535 / 8536 / 8537**
**(670) 233-8538 fax**
5
Court-appointed Counsel for Jeffery Borja
6

7              **IN THE UNITED STATES DISTRICT COURT**
**FOR THE**
8              **NORTHERN MARIANA ISLANDS**

9
**UNITED STATES OF AMERICA**                    **CRIMINAL CASE NO. 07-00008**
10
                    Plaintiff,               **MOTION FOR COURT-**
11                                            **APPOINTED INVESTIGATOR**
              vs.
12
**Jeffery BORJA,**
13
                    Defendant.
14

15

16

17        NOW COMES, Defendant Jeffery Borja, by and through his court-appointed counsel Joseph
18
James Norita Camacho to respectfully move and request from this Honorable Court for a court-
19
appointed investigator to assist defendant and defendant's counsel in preparation for a Jury Trial
20
schedule for July 2, 2007 at 9 a.m. before the Honorable Chief Judge Alex R. Munson
21
        After repeated attempts, the Government and Defense have failed to reach a non-trial disposition
22
23 of the above caption case.  Without disclosing defendant's strategy for trial, a court-appointed
24
investigator is necessary to assist Counsel in some follow-up investigation and trial preparation.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

Counsel is aware of the limited resources of the Court and Counsel does not make this request lightly.  Counsel makes this request  because the case is going to trial.  The defendant makes this request in order to mount a complete and proper defense to the charges leveled against the defendant.

Date: June 25, 2007                                        Respectfully submitted

                                                                        /s/ Joseph James Norita Camacho

                                                                        _____
                                                                        Joseph James Norita Camacho
                                                                        Attorney for Jeffery Borja