UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

FILED
Clerk
District Court

JUN 25 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JEFFREY H. BORJA,<br><br>Defendant. | Criminal Action No. 07-00008<br><br><u>Order Scheduling Pretrial Conference</u> |

Craig N. Moore      Joseph J.N. Camacho
Assistant USAG      Attorney at Law
P.O. Box 500377      P.O. Box 5506
Saipan, MP 96950     Saipan, MP 96950

IT IS HEREBY ORDERED that a Pretrial Conference in this case is scheduled for Wednesday, June 27, 2007, at 10:00 a.m.

Dated this 25th day of June, 2007.

*/s/ Alex R. Munson*

Judge Alex R. Munson

AO 72
(Rev. 8/82)