F I L E D
Clerk
District Court

JUN 2 6 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

1 | JOSEPH JAMES NORITA CAMACHO
CAMACHO & ALEPUYO
2 | Attorneys-at-Law
2nd Floor, Lim's Bldg., Oleai
3 | P.O. Box 5506 CHRB
Saipan, MP 96950
4 | (670) 233-8535 / 8536 / 8537
(670) 233-8538 fax

5

Court-appointed Counsel for Jeffery Borja

6

7 | IN THE UNITED STATES DISTRICT COURT
FOR THE
8 | NORTHERN MARIANA ISLANDS

9

| UNITED STATES OF AMERICA | CRIMINAL CASE NO. 07-00008 |
|---|---|
| Plaintiff, | DEFENDANT'S EXHIBIT LIST |
| vs. | |
| Jeffery BORJA, | |
| Defendant. | |

Defendant Jeffery Borja submits his exhibit list he anticipates using at trial, reserving the right to supplement this as necessary and appropriate:

1. Investigation reports by Government agents

2. Evidence reports by Government agents

Respectfully submitted

Joseph James Norita Camacho