F I L E D
Clerk
District Court

JUN 26 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

JOSEPH JAMES NORITA CAMACHO
CAMACHO & ALEPUYO
Attorneys-at-Law
2nd Floor, Lim's Bldg., Oleai
P.O. Box 5506 CHRB
Saipan, MP 96950
(670) 233-8535 / 8536 / 8537
(670) 233-8538 fax

Court-appointed Counsel for Jeffery Borja

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Jeffery BORJA,<br><br>　　　　Defendant. | CRIMINAL CASE NO. 07-00008<br><br>DEFENDANT'S [PROPOSED]<br>JURY INSTRUCTION |

　　　Defendant Jeffery Borja adopts the Government's Proposed Jury Instruction with the exception of the following:

　　　1. The Government's Proposed Jury Instruction No. 16 and No. 17 should be combined as they reflect the three elements of Count 1, as stated in the Government's Proposed [Court's Preliminary Instructions].

　　　　　　　　　　　Respectfully submitted

　　　　　　　　　　　*/s/ Joseph James Camacho*
　　　　　　　　　　　Joseph James Norita Camacho