JOSEPH JAMES NORITA CAMACHO
CAMACHO & ALEPUYO
Attorneys-at-Law
2nd Floor, Lim's Bldg., Oleai
P.O. Box 5506 CHRB
Saipan, MP 96950
(670) 233-8535 / 8536 / 8537
(670) 233-8538 fax

Court-appointed Counsel for Jeffery Borja

F I L E D
Clerk
District Court

JUN 2 6 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Jeffery BORJA,<br><br>　　　　Defendant. | CRIMINAL CASE NO. 07-00008<br><br>DEFENDANT'S [PROPOSED]<br>VERDICT FORM |

WE, the Jury, render the following unanimous verdict on the charge in the Indictment:

COUNT 1:　On or about November 14, 2002, within the District of the Northern Mariana Islands, Jeffery Borja knowingly and intentionally distributed in, on, or within one thousand (1000) feet of a private elementary school, that is, St. Joseph Catholic School, a controlled substance, that is, methamphetamine in the form commonly known as "ice"

　　　　NOT GUILTY _____　　　　　　GUILTY _____

Date: _____　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Foreperson