# MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

---

CR-07-00008-001                                                              June 29, 2007
                                                                              4:30 p.m.


**UNITED STATES OF AMERICA  -vs- JEFFREY H. BORJA**


PRESENT:    HON. ALEX R. MUNSON, JUDGE PRESIDING
            MICHELLE MACARANAS, DEPUTY CLERK
            SANAE N. SHMULL, COURT REPORTER
            CRAIG MOORE, ASSISTANT U.S. ATTORNEY
            JOSEPH JAMES N. CAMACHO, CJA ATTORNEY FOR DEFENDANT
            JEFFREY H. BORJA, DEFENDANT


PROCEEDINGS:   **CHANGE OF PLEA.**

    Defendant appeared with court-appoint counsel, Attorney Joseph Camacho. Government was represented by Craig Moore, AUSA.

    Defendant was sworn and examined as to his understanding of his constitutional rights, his right to trial and his understanding of the proceedings in the courtroom today.

    Court reviewed each of the charges, in the indictment, with the Defendant. Government reported to the Court what they would be able to prove if this matter proceeded to trial. Defendant entered a plea of **GUILTY as to Count I.** Court found that the defendant was fully competent to enter a knowing and voluntary plea. Court accepted the plea agreement and plea of guilty.

    Court ordered a Presentence Investigation Report be submitted on or before Tuesday, September 4, 2007 and that the **Sentencing hearing be set for Tuesday, October 9, 2007 at 10:30 a.m.**

    AUSA Moore apprised the Court with the reason why the plea agreement was filed late.

    Court ordered that the defendant be remanded into the custody of the U.S. Marshal.


                                                        Adjourned at 5:00 p.m.


                                                        /s/Michelle Macaranas, Deputy Clerk