FILED
Clerk
District Court

JUN 2 9 2007

for The Northern Mariana Islands
By_____
(Deputy Clerk)

# UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL ACTION NO. 07-00008-001 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER SETTING** |
| vs. | ) | **SENTENCING DATE** |
| | ) | |
| JEFFREY H. BORJA, | ) | |
| | ) | |
| Defendant. | ) | |
| —————————————————— | ) | |

IT IS HEREBY ORDERED that the defendant be referred to the United States Probation Office for investigation and report. The presentence investigation report is due on Tuesday, September 4, 2007 and sentencing is scheduled for **Tuesday, October 9, 2007 commencing at the hour of ten thirty o'clock a.m.**

DATED this 29th day of June, 2007.

_____
**ALEX R. MUNSON**
Chief Judge